**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| MAKIA EPIE, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:09-CV-1681-D |
| | ) | |
| RISSIE OWENS, et al., | ) | |
| Defendants. | ) | |

### ORDER

After reviewing all relevant matters of record in this case, including the February 8, 2010 findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

Accordingly, defendants' December 2, 2009 motion to dismiss is granted to the extent plaintiff sues Rissie Owens and Brad Livingston in their individual capacities, and it is otherwise denied.

**SO ORDERED**.

March 8, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE