IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MAKIA EPIE, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 3:09-CV-1681-D |
| RISSIE OWENS, et al., | § |
| Defendants. | § |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, defendant Brad Livingston's September 27, 2010 motion for summary judgment is granted, and the claims against him in his official capacity are dismissed with prejudice.

**SO ORDERED**.

January 20, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE